**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 14, 2012.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-12-00502-CV**

---

**IN RE SHELLY LANUM, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-07959J**

---

## MEMORANDUM OPINION

On May 31, 2012, relator Shelly Lanum,[1] the mother of J.W.B., a child, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Michael H. Schneider, presiding judge of the 315th District Court of Harris

---

[1] Relator styled her petition, "*In re J.W.B.*" The real party in interest argues that relator does not have standing to bring this proceeding on behalf of the child. In a petition for writ of mandamus, however, the party seeking relief is the relator. Tex. R. App. P. 52.2. The proper style, therefore, is *In re Shelly Lanum*.

County to vacate temporary orders granting sole managing conservatorship of J.W.B. to the Department of Family and Protective Services.

Relator has failed to establish entitlement to the extraordinary relief of a writ of mandamus. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM


Panel consists of Justices Frost, Jamison, and McCally.